## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Anwar M. Abdi,  Civil No. 12-2073 (DWF/AJB)

      Plaintiff,

v.  **ORDER ADOPTING REPORT AND RECOMMENDATION**

Sergey Ivanovich Kislyak,
Russian Ambassador to U.S.,

      Defendant.

The above matter comes before the Court upon the Report and Recommendation of Chief United States Magistrate Judge Arthur J. Boylan dated August 24, 2012. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Chief Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED**.

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Plaintiff is prohibited from filing any more actions in this District, unless he is represented by counsel, or obtains pre-authorization from a judge or magistrate judge.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 11, 2012         s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge